NDFL Prob 35
(1/92)

Report and Order Terminating
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Dkt. No. 1:02CR22-008(SS)

FABRIANNA DILIBERO SCHMIDT

      On October 15, 2004, the above named defendant was placed on Supervised Release for a period of five years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that she be discharged from Supervised Release.

Respectfully submitted,

Edward A. Emery
Sr. United States Probation Officer

### ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 26TH day of March, 20 08.

Maurice M. Paul
Senior United States District Judge